IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**KEITH LONZER STEWART BEY**,

    **Petitioner,**

v.                                          Case No. 4:16cv413-MW/GRJ

**STATE OF FLORIDA,**

    **Respondent.**
_____/

**ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 10. Upon consideration, no objections having been filed by the parties,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Petitioner's amended complaint, ECF No. 6, is **DISMISSED** for lack of jurisdiction without prejudice to Petitioner's right to refile his claims in a civil rights case." The Clerk shall close the file.

**SO ORDERED on August 25, 2016.**

                                              **s/Mark E. Walker            ____
                                              United States District Judge**